# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| MAJORIE L. HEITKAMP, | |
| Plaintiff, | Case No. 3:18-cv-00312-PPS-MGG |
| v. | Honorable Judge Philip P. Simon |
| DIVERSIFIED CONSULTANTS, INC., | Magistrate Judge Michael G. Gotsch, Sr. |
| Defendant. | |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that MAJORIE L. HEITKAMP ("Plaintiff"), hereby notifies the Court that the Parties have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 45 days. The Parties propose to file a stipulated dismissal with prejudice within 45 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 1st day of November, 2018.

    Respectfully submitted,

    *s/ Marwan R. Daher*
    Marwan R. Daher
    Sulaiman Law Group, Ltd.
    2500 S. Highland Avenue, Suite 200
    Lombard, IL 60148
    Phone: (630) 575-8181
    mdaher@sulaimanlaw.com
    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Marwan R. Daher*_____
Marwan R. Daher