UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MARJORIE L. HEITKAMP,<br><br>Plaintiff,<br><br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>Defendants. | Case No. 3:18-cv-00312-PPS-MGG<br><br>Honorable Judge Philip P. Simon |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff MARJORIE L. HEITKAMP and the Defendant, DIVERSIFIED CONSULTANTS, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: December 17, 2018                                                  Respectfully Submitted,

**MARJORIE L. HEITKAMP**                                                  **DIVERSIFIED CONSULTANTS, INC.**

*/s/ Marwan R. Daher*                                                     */s/ Daniel W. Pisani (with consent)*
Marwan R. Daher                                                           Daniel W. Pisani
*Counsel for Plaintiff*                                                   *Counsel for Defendant*
Sulaiman Law Group, LTD                                                   Sessions, Fishman, Nathan, & Israel, LLC
2500 S. Highland Ave., Ste. 200                                           141 W Jackson Blvd, Suite 3550
Lombard, Illinois 60148                                                   Chicago, Il 60604
Phone: (630) 575-8181                                                     Phone: (312) 578-0990
mdaher@sulaimanlaw.com                                                    dpisani@sessions.legal