# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| MARJORIE L. HEITKAMP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 3:18-cv-312-PPS-MGG |
| DIVERSIFIED CONSULTANTS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff, Marjorie L. Heitkamp, filed an Agreed Stipulation of Dismissal With Prejudice signed by all parties who have filed a notice of appearance in this case, and stipulating to the voluntary dismissal of all claims in this lawsuit. [DE 24.] Pursuant to Rule 41(a)(1)(A)(ii), the Stipulation [DE 24] is **GRANTED**. The Clerk is **ORDERED** to **DISMISS WITH PREJUDICE** all claims in this lawsuit, with each party to bear its own costs and attorney fees. The Clerk is **ORDERED** to **CLOSE** this case.

**SO ORDERED**.

ENTERED: December 18, 2018

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT